# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALWINDER DHILLON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | Case No.  1:25-cv-02039-KES-SKO (HC)<br><br>ORDER DISMISSING MOTION TO PROCEED IN FORMA PAUPERIS AND DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>[Docs. 6, 7] |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 20, 2026, Petitioner filed a motion to proceed in forma pauperis. (Doc. 6.) Petitioner has already paid the filing fee in this case. Therefore, the motion will be dismissed as moot.

Petitioner has also requested the appointment of counsel.  Under 18 U.S.C. § 3006A(a)(2)(B), the Court may appoint counsel for an impoverished habeas petitioner seeking relief under 28 U.S.C. § 2241 whenever the Court "determines that the interests of justice so require[.]" 18 U.S.C. § 3006A(a)(2)(B). 18 U.S.C. § 3006A(a)(2)(B). Petitioner has failed to establish that he does not have sufficient funds to hire a lawyer.

Accordingly, Petitioner's motion to proceed in forma pauperis is DISMISSED as moot,

and his motion for appointment of counsel is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **January 28, 2026**              /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE