UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALWINDER DHILLON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | No.  1:25-cv-02039-KES-SKO (HC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS AND DIRECTING RESPONDENT TO FILE A RESPONSE<br><br>(Doc. 4) |

Petitioner Balwinder Dhillon is an immigration detainee proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 12, 2026, the Court issued Findings and Recommendations to dismiss the petition without prejudice.  (Doc. 4.)  On January 20, 2026, Petitioner filed a first amended petition.  (Doc. 5.) Upon review of the first amended petition, the Court will vacate the Findings and Recommendations and direct Respondent to file a response.

Initially, the Court found no merit to Petitioner's complaint that he was subjected to unreasonably prolonged detention, because Petitioner had alleged he had only been detained five months. In his first amended petition, Petitioner alleges he has been detained for six months, which is beyond the presumptively reasonable time period. In addition, Petitioner now alleges he

1

was detained without notice and despite being in full compliance with his conditions of supervision. Thus, Petitioner appears to claim his re-detention without a change in circumstances and without notice and opportunity to be heard violated his constitutional due process rights.

Because Petitioner may be entitled to relief if the claimed violations are proved, Respondent IS ORDERED TO SHOW CAUSE why the Petition should not be granted.  Rule 4, Rules Governing Section 2254 Cases; see Rule 1(b), Rule 11, Rules Governing Section 2254 Cases; Fed. R. Civ. P. 81(a)(2).  Respondent SHALL INCLUDE all relevant portions of Petitioner's Alien File and any and all other documentation relevant to the determination of the issues raised in the petition. Rule 5 of the Rules Governing Section 2254 Cases.  In the event the Petitioner is released from ICE custody during the pendency of this Petition, the parties SHALL notify the Court by filing a Motion to Dismiss the Petition or other proper pleading.

Accordingly, it is HEREBY ORDERED:

1.    The Findings and Recommendations issued on January 12, 2026, (Doc. 4), are VACATED;

2.    Respondent is ORDERED TO SHOW CAUSE why the First Amended Petition should not be granted.  The Response to the Order to Show Cause is due within THIRTY (30) days of the date of service of this order;  and

3.    Petitioner may file a Traverse to the Response within THIRTY (30) days of the date the Response to the Order to Show Cause is filed with the Court.

The Court has determined that this matter is suitable for decision without oral argument pursuant to Local Rule 230(h).  As such, the matter will be taken under submission following the filing of Petitioner's Traverse or the expiration of the time for filing the Traverse.  All other briefing in this action is suspended.

IT IS SO ORDERED.

Dated:   **January 28, 2026**          /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE

2